UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This document relates to:<br><br>Betty Hatzenbihler, individually and on behalf of the estate of Peter W. Hatzenbihler,<br><br>Plaintiff,<br><br>vs.<br><br>A.P.I., Inc., et al.,<br><br>Defendants. | MDL 875<br><br><br><br>E.D. Pa. Civil No. [unassigned]<br><br><br><br><br><br>Transferred from:<br>Dist. of ND – SW Div.<br>Civil No. A1-89-146 |

**DEFENDANT JOHN CRANE, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Defendant, John Crane Inc., a Delaware corporation (successor in interest to John Crane-Houdaille, Inc. and Crane Packing Company), by and through its undersigned attorneys, Scott D. Jensen and William J. Smith, hereby moves the Court for an Order granting Summary Judgment dismissing the above-captioned case on the grounds that there is no evidence upon which a jury could reasonable infer that the Plaintiff's decedent was exposed to asbestos from any John Crane, Inc. product such that could have caused or contributed to any of the alleged injuries of the decedent. John Crane, Inc., further requests that the dismissal be with prejudice, but without costs to either party.



This motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is based on the accompanying Brief in Support of Motion for Summary Judgment, along with all the pleadings, documents and records on file herein.

ORAL ARGUMENT IS REQUESTED.

Respectfully submitted this 25th day of January, 2010.

        /s/  Scott D. Jensen
Scott D. Jensen, ND ID # 04315
For:  CAMRUD, MADDOCK, OLSON & LARSON, LTD.
401 DeMers Avenue, Suite 500
Grand Forks, ND  58206-5849
Phone:  701-775-5595
***ATTORNEYS FOR DEFENDANT***
***JOHN CRANE, INC. – Dist. of ND***

William J. Smith
Tiffany F. Turner
For:  DICKIE, MCCAMEY & CHILCOTE, P.C.
41 South Haddon Ave, Suite 5
Haddonfield, NJ 08033-1800
Phone:  856-354-0192
***ATTORNEYS FOR DEFENDANT***
***JOHN CRANE, INC. – E.D. of PA***